# MALLILO & GROSSMAN
### ATTORNEYS AT LAW
### 163-09 NORTHERN BLVD.
### FLUSHING, NY 11358
### (718) 461-6633
### FAX (718) 461-1062

ANTHONY MALLILO
JACK GROSSMAN
FRANCESCO POMARA, JR.
JEFFREY M. BLUM

----------------------------------

JESSICA L. KRONRAD
JAWAN N. FINLEY
JOHN S. MANESSIS
ANN JEN
GARY W. CALIENDO
ANGELA A. CAPRI
SHAWN SCHATZLE
SPENCER R. BELL
SERGE M. PIERRE
CHARLES P. BLATTBERG
DANIEL G. GREENBAUM

July 27, 2012

OFFICE MANAGER
GEORGIA MALLILO

PARALEGALS
PAMELA M. GIOELI
ANNMARIE LOSITO
CHRISTOPHER LARAQUE
JOO LEE CHUNG

BROOKLYN OFFICE
1957 FLATBUSH AVENUE
BROOKLYN, NY 11234
TEL: (718) 951-7345
FAX: (718) 951-7456

ATTORNEYS
BETH J. GIRSCH
ANTHONY CELLUCCI

Hon. William F. Kuntz, II, U.S.D.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>I. K. R. vs. Buhler</u>
           Docket No.: 11-CV-2856 (WFK)(LB)
           D/A: December 22, 2010

Dear Judge Kuntz:

    We represent the referenced plaintiff. As you are aware, this case was settled, subject to an Infant Compromise Order. By Order, entered on March 7, 2012, the motion for approval of the Infant Compromise was granted. However, Plaintiff's counsel has been unable to obtain a copy of the Infant Compromise Order, as the ECF notification stated that the records are sealed. Therefore, it is respectfully requested that the Infant Compromise Order be unsealed for the limited purpose of enabling Plaintiff's counsel to obtain a copy, in order to finalize the settlement.

    Thank you for your courtesies herein.

                                Very truly yours,

                                MALLILO & GROSSMAN

                                BY: _____
                                       Ann Jen, Esq.

cc:    Julia Paridis, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
       Brian DelGatto, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP